AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Evelyn Cardona Cruz

V.

Block Island Parasail, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 336S

TO: (Name and address of Defendant)

Block Island Parasail, Inc.
One Old Town Road
Block Island, RI 02807, USA
Registered Agent, Lisa Littlefield
President, Robert Littlefield

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen G. Linder, Esq.
Law Office of Stephen G. Linder
155 South Main Street, Suite. 303
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 120 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK — Francis McCabe

DATE 8/4/05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 05 Aug 05 |
| NAME OF SERVER (PRINT) Vincent J. McAloon | TITLE Town Sgt. BI RI |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: PLACE OF BUSINESS.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Robert Littlefield

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| ∅ | 35.00 | 35.– |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 05 Aug 05
Date

Vincent J McAloon
Signature of Server

PO Box 935 B.I., R.I. 02807
Address of Server

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT

2005 AUG -9 A 11:10

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.