RECEIVED
SEP 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EVELYN CARDONA CRUZ :
:
VS. : C.A. NO.: 05-336S
:
BLOCK ISLAND PARASAIL, INC. :

**STIPULATION**

Defendant may have up to and including September 9, 2005 within which to answer or otherwise respond to plaintiff's complaint in the above-captioned matter.

..........................................................................
Stephen G. Linder #0696
(Attorney for Plaintiff)

Dated: 8/15/05