UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EVELYN CARDONA CRUZ | : | |
| | : | |
| VS. | : | C.A. NO.: 05-336S |
| | : | |
| BLOCK ISLAND PARASAIL, INC. | : | |

**ANSWER OF DEFENDANT**
**TO PLAINTIFF'S COMPLAINT**

COUNT I

1. Defendant neither admits nor denies the allegations contained in Paragraphs 1, 10, 11 and 14 of Count I of the complaint but leaves the plaintiff to her proof.

2. Defendant admits the allegations contained in Paragraphs 2 through 9 of Count I of plaintiff's complaint.

3. Defendant denies the allegations contained in Paragraphs 12, 13, 15, 16 and 17 of Count I of plaintiff's complaint.

4. Defendant denies each and every allegation not expressly admitted above.

5. Defendant hereby pleads the defense of assumption of the risk.

6. Defendant hereby pleads the defense of the statute of limitations.

7. Defendant hereby pleads the defense of insufficient process.

8. Defendant hereby pleads the defense of insufficient service of process.

9. Defendant hereby pleads the defense of lack of subject matter jurisdiction.

WHEREFORE, defendant, Block Island Parasail, Inc. demands a trial by jury, that the plaintiff's complaint be dismissed and it be awarded costs.

Kevin J. Holley #4639
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
(401) 521-6900
Fax: (401) 521-6901
Direct Dial: (401) 521-2622

CERTIFICATION

I hereby certify that I mailed a copy of the within answer to Stephen G. Linder, Esq., 155 South Main Street, Suite 303 Providence, RI 02903-2963, and David J. Berg, Esq., Latti & Anderson, LLP, 30-31 Union Wharf, Boston, MA 02109, on this 8th day of September, 2005.

Dawn Clarke