**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EVELYN CARDONA CRUZ,**<br>**Plaintiff** | ) | |
| | ) | **Civil Action** |
| **V.** | ) | |
| | ) | **No. 05-336S** |
| **BLOCK ISLAND PARASAIL, INC.,**<br>**Defendant** | ) | |

**MOTION FOR ADMISSION OF APPEARANCE PRO HAC VICE**

Plaintiff, Evelyn Cardona Cruz, hereby moves that David J. Berg, Esquire, be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. The case involves the following complex area of the law, in which David J. Berg specializes: MARITIME LAW;

2. The local trial bar lacks experience in the field of MARITIME LAW.

Evelyn Cardona Cruz,
By her Attorney,

[signature]

Stephen G. Linder, Esquire (0696)
LAW OFFICE OF STEPHEN G. LINDER
155 South Main Street, Suite 303
Providence, Rhode Island 02903
(401) 521-6800
(401) 273-5290

**CERTIFICATION**

I hereby certify that I caused a true and complete copy of the within Motion for Admission *Pro Hac Vice* to be sent via regular mail, hand-delivery and/or facsimile to Kevin J. Holley, Esquire, GUNNING, LAFAZIA & GNYS, 56 Pine Street, Providence, RI 02903 and Bruce A. Coplen, Esquire, MASON, COPLEN, SHUCHART, HUTCHINS & BANKS 7599 San Felipe, Suite 700, Houston, TX 77063 on this 16th day of September, 2005.

Stephanie Brown

*F:\Clients\202682\Pro Hac Vice Motion.doc*

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of SEE ATTACHED and of the following Federal District Court and/or Court of Appeals Bar(s) SEE ATTACHED ________________, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided). SEE ATTACHED

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| David J. Berg<br>Name | Stephen G. Linder<br>Local Associate Counsel |
| | 06966<br>R.I. Bar ID # |
| Latti & Anderson, LLP<br>Firm Name | Law Office of Stephen G. Linder<br>Firm Name |
| 30-31 Union Wharf<br>Business Address<br>Boston, MA 02109 | 155 South Main St.<br>Business Address<br>Providence, RI 02903-2963 |
| (617)523-1000 Tel. # (617)523-7394 Fax # | (401)521-6800 Tel. # (401)273-5290 Fax # |

---

**Order :** This motion is hereby ________________.

________________
U.S. District Judge
Date: ________________

pro hac vice motion (rev.3/05)

## Bar Admissions

| | |
|---|---|
| PA | 5/20/88 (inactive) |
| NH | 10/20/88 |
| ME | 9/27/89 |
| USDC-NH | 8/13/90 |
| MA | 1/10/92 |
| USDC-ME | 12/17/92 |
| USDC-MA | 1/15/93 |
| 4th CIR | 3/3/99 |
| 1st CIR | 3/6/00 |
| NY | 9/24/02 |
| USDC-SDNY | 11/26/02 |
| USDC-EDNY | 12/10/02 |
| USDC-EDMI | 6/14/04 |

SUPPLEMENT TO QUESTION #4

I was granted pro hac vice admission in the case of Williams v. Rongino Fisheries, Inc., 1:03-cv-00345-T. The Complaint was filed on August 15, 2003. The motion for admission pro hac vice was filed on August 19, 2003, and the motion was granted on September 18, 2003. The presiding judge in that case was the Hon. Ernest C. Torres. The case was terminated by stipulation of dismissal on November 5, 2004.

I was granted pro hac vice admission in the case of Ursula Glab, et al v. Ver, Inc., et al, 1:05-cv-00289-ML-DLM. The Complaint was filed on July 1, 2005. The motion for admission pro hac vice was filed on July 11, 2005 and the motion was granted on July 28, 2005. The presiding judge in that case is the Hon. Mary M. Lisi. This case is still pending.