UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EVELYN CARDONA CRUZ,<br>Plaintiff<br><br>V.<br><br>BLOCK ISLAND PARASAIL, INC.,<br>Defendant | Civil Action<br><br>No. C.A. 05-336-S |

AFFIDAVIT OF EVELYN CARDONA CRUZ

I am Evelyn Cardona Cruz, and I am the Plaintiff in this case. My date of birth is November 18, 1977. I am employed with the Bloomfield (CT) High School as a data entry clerk. I injured my left knee on August 10, 2002 when I was thrown off of the Defendant's banana boat. As of the time of the injury, I earned $15.11 per hour at Bloomfield High School and worked a 35 hour week. I was not working as of the exact time of the injury because school had not yet started for the new school year.

After I was thrown off of the banana boat, I had immediate pain and swelling in my left knee. I could not walk well, and could not fully bend or straighten my left leg. I went to the emergency room at the Block Island Medical Center, and was given crutches. I then returned home and saw my family doctor, Dr. Rodriguez, on August 14, 2002. He sent me for an MRI of my left knee the next day, and the MRI confirmed that I had suffered a torn anterior cruciate ligament (ACL) in my left knee. I was referred to an orthopedic surgeon, Dr. Murray, and saw him on August 23, 2002. He told me that I would need an ACL reconstruction, but that I would have to have some physical therapy before he could do the surgery. I therefore began physical therapy at the Rehabilitation Hospital of Connecticut.

Dr. Murray performed the surgery on September 17, 2002 at St. Francis Hospital in Hartford. I continued physical therapy at Dr. Murray's request for approximately one month after the surgery. He then stopped the formal physical therapy, and had me do home exercises. I still do those home exercises today. I saw Dr. Murray for the last time on October 17, 2003, and was advised to continue with my home exercises.

I remained on crutches from the day of the accident until about 3 or 4 weeks after the surgery. I limped pretty badly after I stopped using the crutches for about 5 weeks. After that, I was able to walk normally, although I had a serious problem with using stairs for about 6 months after surgery. It was very painful to go up or down stairs. Today, I have no problems with going up stairs, but it still hurts sometimes to go down stairs.

Before the accident, I was in volleyball and bowling leagues. I also was a casual jogger and occasional basketball player. I had to stop all of those activities after the injury, and have not started again because of pain in my left knee.

I now have a surgical scar on my left knee. I do not like having a scar. It is very noticeable, and has bothered me a lot. It still bothers me that it is there. It has faded some, but, earlier, when it was more prominent, and especially when the surgical staples were still in my knee, I would notice people really staring at it. It made me very upset when people stared at me like that.

I still have pain and some other problems in my knee. I cannot kneel down on bare floor unless I put a pillow or some type of cushion on the floor. It hurts my knee too much to simply kneel down on a hard surface. I have not been able to play with my children as I would have liked. I have a 9 year old daughter and a 10 month old son. When I was pregnant with my son, I found it very difficult to bear weight on my left leg. Today, I make sure to carry my son on my

right side because I still feel uncomfortable putting his weight on my left side. My husband and I wanted to have a third child but due to the circumstances and with me feeling so scared that my knee would give way and jeopardize my pregnancy we've decided not to have another child for the time being, which makes us very sad and at points has gotten us into arguments. It also makes me very uncomfortable when my daughter continues to ask me when we are going to try and give her a little sister and I really can't give her a response.

Currently, I still have pain and some stiffness in the afternoons and evenings. My knee is generally OK in the mornings, but, as the day goes on, it gets tired and painful. I still feel a popping sensation in my knee up to a couple times a day. I have had that problem all throughout my recovery. When this happens, it is very uncomfortable, and I feel like my knee is going to give way. It is also uncomfortable and painful if I were to get hit right on the kneecap. As recently as February, 2005, two and a half years after the surgery, the door of my truck accidentally hit my left knee right on the scar, and I actually cried from the pain.

I missed approximately 5-6 weeks of work as a result of the injury, mostly after the surgery, but also during the first half of 2003. I would have actually missed more work right after the accident except that I was not working at that exact time because we had not started the school year yet. Based on my earnings at that time, I am claiming $3,384.72 in lost earnings. I have also incurred $11,120.22 in medical bills as a result of this incident.

I am very hurt and frustrated that my recovery has gone on so long. I am frustrated and upset that it has been over 3 years and I still have not fully recovered. I do not like the fact that, 3 years after the accident, I still look down and have to see the big scar on my left knee. I am upset that I am not able to play with my children as I would like.

SUBSCRIBED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY

9/14/05
Date

Evelyn Cardona Cruz
Evelyn Cardona Cruz