UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EVELYN CARDONA CRUZ,

       Plaintiff,

v.                              C.A. No. 05-336S

BLOCK ISLAND PARASAIL, INC.,

       Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on March 13, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant's Motion to Dismiss is DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 4/4/06