UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EVELYN CARDONA CRUZ,<br>Plaintiff,<br><br>v.<br><br>BLOCK ISLAND PARASAIL, INC.,<br>Defendant. | C.A. No. 05-336S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on March 13, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant's Motion to Dismiss is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 4/4/06