UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EVELYN CARDONA CRUZ,<br>Plaintiff | ) | Civil Action |
| V. | ) | No. C.A. 05-336-S |
| BLOCK ISLAND PARASAIL, INC.,<br>Defendant | ) | |

PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY AND TO COMPEL FILING OF FED.R.CIV.P. 26(A)(1) DISCLOSURE

NOW COMES the Plaintiff, and states as follows:

1. On September 28, 2005, the Plaintiff served interrogatories and requests for production of documents upon the Defendant.

2. To date, the Defendant has neither objected to, nor responded to, the Plaintiff's discovery.

3. To date, the Defendant has failed to serve Fed.R.Civ.P. 26(a)(1) disclosures upon the Plaintiff.

4. By letters dated March 13, 2006, and April 11, 2006, Plaintiff's counsel wrote defense counsel inquiring as to when the Defendant would respond to the Plaintiff's discovery and also as to when it would file its Fed.R.Civ.P. 26(a)(1) disclosures, but the Defendant still has not responded to the discovery.

5. Because the Defendant did not file objections to the Plaintiff's discovery within 30 days or within any agreed upon period thereafter, the Defendant has waived any objections that it may have to the Plaintiff's discovery. Willard v. Constellation Fishing Corp., 136 F.R.D. 28, 31 (D. Mass. 1991); Krewson v. City of Quincy, 120 F.R.D. 6, 7 (D. Mass. 1988).

6. The Plaintiff does not request oral argument or an evidentiary hearing.

WHEREFORE, the Plaintiff respectfully requests that this Court order:

A. that the Defendant respond to the Plaintiff's interrogatories and requests for production forthwith;

B. that the Defendant have waived its right to object to the Plaintiff's discovery; and

C. that the Defendant file its Fed.R.Civ.P. 26(a)(1) disclosures forthwith.

Evelyn Cardona Cruz
By her Attorneys,

Stephen G. Linder (#0696)
LAW OFFICE OF STEPHEN G. LINDER
155 South Main Street, Suite 303
Providence, RI 02903
401-521-6800

David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was sent this date via first class mail to all counsel of record.

David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: 6/20/06