UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EVELYN CARDONA CRUZ,<br>Plaintiff | ) | |
| V. | ) | Civil Action |
| BLOCK ISLAND PARASAIL, INC.,<br>Defendant | ) | No. C.A. 05-336-S |

DISTRICT OF RHODE ISLAND

PLAINTIFF'S WITHDRAWAL OF MOTION TO COMPEL RESPONSES TO DISCOVERY AND TO COMPEL FILING OF FED.R.CIV.P. 26(A)(1) DISCLOSURE

NOW COMES the Plaintiff, and withdraws the above referenced motion.

Evelyn Cardona Cruz
By her Attorneys,

Stephen G. Linder (#0696)
LAW OFFICE OF STEPHEN G. LINDER
155 South Main Street, Suite 303
Providence, RI 02903
401-521-6800

David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

**GRANTED**

William E. Smith
U.S. District Judge
6/23/06