# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

**EVELYN CARDONA CRUZ,**

***Plaintiff***

**VS.**

**BLOCK ISLAND PARASAIL, INC.**

***Defendant***

**JUDGMENT IN A CIVIL CASE**

**Case No. : 05-cv-336S**

The above entitled matter was arbitrated on July 7, 2006. A decision was rendered by arbitrator, Paul V. Reynolds, Esq. on July 11, 2006 and received by the clerk's office on July 12, 2006. No demand for trial de novo having been made within the requisite period of time for filing such demand (30 days from the date of the filing of the arbitration award by the arbitrator), in accordance with the arbitrator's decision, Judgment is hereby entered in favor of the Defendant, Block Island Parasail, Incorporated.

**DATED** this the 24th Day of August, 2006

s/s Berry Mitchell
Deputy Clerk