**GUNNING & LAFAZIA, INC.**

ATTORNEYS AT LAW

56 PINE STREET
PROVIDENCE, RI 02903
Tel: 401-521-6900
Fax: 401-521-6901

Writer's Direct Dial 401-521-2622
E-mail: kholley@gunninglafazia.com

RECEIVED
MAY 25 2006
ATTI & ANDERSON LLP

May 25, 2006

Via Facsimile – one page
331-4861

Paul V. Reynolds, Esq.
170 Westminster Street
Suite 200
Providence, RI 02903

RE: Evelyn Cardona Cruz v. Block Island Parasail, Inc.
Case No. : 05-336S

Dear Mr. Reynolds:

Attorney Steve Linder, his co-counsel, David Berg, and I have agreed to ask you to act as the single, non-binding arbitrator in a dispute involving his plaintiff, Evelyn Cardona Cruz, for injuries she allegedly received as a result of my client Block Island Parasail's negligence. The incident occurred on August 10, 2002 while the plaintiff was a participant on a "banana boat" ride being operated by my client in the Rhode Island Sound.

Hopefully you will be able to accept this request. We have agreed to split your fee on a 50/50 basis. Please contact either me or the other attorneys if you have any questions or concerns.

Very truly yours,

Kevin J. Holley

KJH:DMC

cc: Stephen G. Linder, Esq. (273-5290)
David J. Berg, Esq. (617- 523-7394)