CLOSED

**U.S. District Court**
**District of Rhode Island (Providence)**
**CIVIL DOCKET FOR CASE #: 1:05-cv-00336-S-DLM**

Cardona Cruz v. Block Island Parasail, Inc.
Assigned to: Judge William E Smith
Referred to: Magistrate Judge David L. Martin
Demand: $1,000,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 08/04/2005
Jury Demand: Both
Nature of Suit: 340 Marine
Jurisdiction: Diversity

**Plaintiff**

**Evelyn Cardona Cruz**

represented by **David J. Berg**
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000
Fax: 617-523-7394
Email: dberg@lattianderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G. Linder**
Law Office of Stephen G. Linder
155 South Main St.
Suite 303
Providence, RI 02903
401-521-6800
Fax: 401-273-5290
Email: radiolaw1@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Block Island Parasail, Inc.**

represented by **Kevin J. Holley**
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903
521-6900
Fax: 521-6901
Email: kholley@gunninglafazia.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2005 | 1 | COMPLAINT against Block Island Parasail, Inc. ( Filing fee $ 250 receipt number 60930.), filed by Evelyn Cardona Cruz. (Attachments: # (1) Civil Cover Sheet)(McCabe, Frank) Additional attachment(s) added on 9/28/2005 (Zinni, Concetta). (Entered: 08/04/2005) |
| 08/09/2005 | 2 | SUMMONS Returned Executed by Evelyn Cardona Cruz. Block Island Parasail, Inc. served on 8/5/2005, answer due 8/25/2005. (Baldinelli, Doreen) (Entered: 08/10/2005) |
| 09/08/2005 | 3 | STIPULATION extending time for defendant to respond to plaintiff's complaint up to and including 9/9/05 by Evelyn Cardona Cruz. (Mercurio, Alba-Sue) (Entered: 09/09/2005) |
| 09/08/2005 | | Set/Reset Deadlines: Block Island Parasail, Inc. answer due 9/9/2005. (Mercurio, Alba-Sue) (Entered: 09/09/2005) |
| 09/08/2005 | 4 | MOTION to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1)WITH ATTACHED MEMO by Block Island Parasail, Inc.. Responses due by 9/26/2005 (Baldinelli, Doreen) (Entered: 09/09/2005) |
| 09/08/2005 | 5 | ANSWER to Complaint with Jury Demand by Block Island Parasail, Inc..(Baldinelli, Doreen) (Entered: 09/09/2005) |
| 09/19/2005 | 6 | MOTION for David J. Berg, Esquire to Appear Pro Hac Vice by Evelyn Cardona Cruz. (Baldinelli, Doreen) (Entered: 09/20/2005) |
| 09/21/2005 | 7 | RESPONSE in Opposition re 4 MOTION to DismissWITH ATTACHED MEMO filed by Evelyn Cardona Cruz. (Baldinelli, Doreen) (Entered: 09/21/2005) |
| 09/21/2005 | | 4 MOTION to Dismiss REFERRED to Judge Smith. (Mercurio, Alba-Sue) (Entered: 09/21/2005) |
| 09/23/2005 | | Motions No Longer Referred to Judge Smith: 4 MOTION to Dismiss (Mercurio, Alba-Sue) (Entered: 09/23/2005) |
| 09/23/2005 | | 4 MOTION to Dismiss REFERRED to MJ Martin. (Mercurio, Alba-Sue) (Entered: 09/23/2005) |
| 09/27/2005 | | Set/Reset Deadlines as to 4 MOTION to Dismiss. Motion Hearing set for 10/13/2005 02:00 PM in Courtroom B before Magistrate Judge David L. Martin. (Saucier, Martha) (Entered: 09/27/2005) |
| 09/29/2005 | | Reset Hearings: re 4 MOTION to Dismiss filed by Block Island Parasail, Inc., Motion Hearing set for 10/21/2005 10:00 AM in Courtroom B before Magistrate Judge David L. Martin. (Saucier, Martha) (Entered: 09/29/2005) |
| 10/13/2005 | 8 | ORDER granting 6 Motion to Appear Pro Hac Vice of David J. Berg . Signed by Judge William E Smith on 10/11/05. (faxed to counsel of record)(Mercurio, Alba-Sue) (Entered: 10/13/2005) |
| 10/21/2005 | 9 | AFFIDAVIT of Evelyn Cardona Cruz with attached medical record and |

| | | |
|---|---|---|
| | | photograph (not scanned) filed in open court 10/21/05 re 7 Response in Opposition to Motion to Dismiss (medical record and photograph in Magistrate Judge Martin's chambers) (Gilfillan, Barbara) (Entered: 10/21/2005) |
| 10/21/2005 | | Minute Entry for proceedings held before Judge David L. Martin : Motion Hearing held on 10/21/2005 re 4 MOTION to Dismiss filed by Block Island Parasail, Inc., Mr. Linder/Berg for plaintiff, Mr. Holley for defendant; Copy of plaintiff's affidavit accepted by Court and docketed into the record; medical record/photograph accepted and filed in Chambers; arguments heard; matter taken under advisement (Gilfillan, Barbara) (Entered: 10/25/2005) |
| 03/13/2006 | 10 | REPORT AND RECOMMENDATIONS re 4 MOTION to Dismiss filed by Block Island Parasail, Inc., recommending that Defendant's Motion to Dismiss be denied Objections to R&R due by 3/27/2006. Signed by Magistrate Judge David L. Martin on 3/13/06. Forwarded to all counsel of record(Saucier, Martha) (Entered: 03/13/2006) |
| 04/04/2006 | 11 | ORDER ADOPTING REPORT AND RECOMMENDATIONS DENYING 4 Motion to Dismiss filed by Block Island Parasail, Inc., 10 Report and Recommendations. Signed by Judge William E Smith on 4/4/06. (faxed to counsel of record)(Mercurio, Alba-Sue) (Entered: 04/05/2006) |
| 04/13/2006 | | Set Deadlines/Hearings: Rule 16 Conference set for 4/27/2006 03:00 PM before Judge William E Smith. (Mercurio, Alba-Sue) (Entered: 04/13/2006) |
| 04/18/2006 | | Reset Hearings: Rule 16 Conference set for 5/11/2006 11:30 AM before Judge William E Smith. (Mercurio, Alba-Sue) (Entered: 04/18/2006) |
| 04/21/2006 | | Reset Hearings: Rule 16 Conference set for 5/24/2006 09:30 AM before Judge William E Smith. (Mercurio, Alba-Sue) (Entered: 04/21/2006) |
| 05/24/2006 | | Minute Entry for proceedings held before Judge William E Smith : Rule 16 Conference held on 5/24/2006. (Mercurio, Alba-Sue) (Entered: 05/24/2006) |
| 05/31/2006 | 12 | PRETRIAL ORDER: Discovery due by 11/24/2006. Dispositive Motions due by 11/24/2006. Pretrial Memorandum due by 12/26/2006. Signed by Judge William E Smith on 5/31/06. (faxed to counsel of record) (Mercurio, Alba-Sue) (Entered: 05/31/2006) |
| 06/21/2006 | 13 | MOTION to Compel Responses to Discovery and to Compel Filing of Fed.R.Civ.P 26(A)(1) Disclosure by Evelyn Cardona Cruz. Responses due by 7/10/2006 (Baldinelli, Doreen) (Entered: 06/21/2006) |
| 06/22/2006 | 14 | MOTION to Withdraw 13 MOTION to Compel Responses to Discovery and to Compel Filing of Fed.R.Civ.P 26(A) (1) Disclosure by Evelyn Cardona Cruz. Responses due by 7/10/2006 (Baldinelli, Doreen) (Entered: 06/23/2006) |
| 06/27/2006 | 15 | ORDER granting 14 Motion to Withdraw . Signed by Judge William E |

| | | |
|---|---|---|
| | | Smith on 6/23/06. (faxed to counsel of record) (Mercurio, Alba-Sue) (Entered: 06/27/2006) |
| 08/24/2006 | 16 | CLERK'S JUDGMENT in favor of Defendant, Block Island Parasail, Inc. against Evelyn Cardona Cruz. Signed by: Berry B. Mitchell, ADR Administrator/Deputy Clerk: on 8/24/2006. (Mitchell, Berry) (Entered: 08/24/2006) |
| 08/24/2006 | 17 | ARBITRATION AWARD filed on July 12, 2006. No demand for a trial de novo has been made. (Mercurio, Alba-Sue) (Entered: 08/24/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/29/2006 14:42:21 | | | |
| **PACER Login:** | la0244 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-00336-S-DLM |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |