UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EVELYN CARDONA CRUZ :
:
VS. : C.A. NO.: 05-336S
:
BLOCK ISLAND PARASAIL, INC. :

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**

Now comes the defendant and respectfully objects to the plaintiff's motion to alter or amend the judgment that entered after a decision was rendered by the agreed-upon, neutral arbitrator in this matter. As grounds therefor, defendant states that the matter was submitted to the court's ADR program under the option for a non-binding, court-annexed arbitration. As such, the requirements of the ADR program, including the requirement that a demand for trial de novo be filed within 30 days, applied to the decision, and, therefore, the court did not make any mistake in entering judgment. In further support hereof, defendant relies upon the attached memorandum of law and affidavit.

/s/ Kevin J. Holley
Kevin J. Holley #4639
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Direct Dial: (401) 521-2622
Fax: (401) 521-6901

CERTIFICATION

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record. The document is available for viewing and downloading through the ECF system.

/s/ Kevin J. Holley
Kevin J. Holley #4639
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Direct Dial: (401) 521-2622
Fax: (401) 521-6901