# GUNNING & LAFAZIA, INC.

ATTORNEYS AT LAW

56 PINE STREET
PROVIDENCE, RI 02903
Tel: 401-521-6900
Fax: 401-521-6901

Writer's Direct Dial 401-521-2622
E-mail: kholley@gunninglafazia.com


May 18, 2006

Via Facsimile

Stephen G. Linder, Esq.
155 South Main Street
Suite 303
Providence, RI 02903-2963

David J. Berg, Esq.
Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA 02109

RE: Evelyn Cardona Cruz v. Block Island Parasail, Inc.
Case No. : 05-336S

Dear Counsel:

Pursuant to the order concerning the upcoming scheduling conference, please find the following response to your May 12, 2006 fax:

1. Exchanging relevant Information - I have on even date faxed to your attention the 26(A)(1) Disclosure;

2. Identifying the facts in dispute - Defendant disputes all relevant facts other than those admitted in the answer;

3. Identifying the legal issues – Any issues dealing with negligence and alleged permanent injuries.

4. Discovery – I would anticipate taking the deposition of the plaintiff, any relevant family members, physicians and any potential witnesses to the incident. I would also propound written discovery.

5. Possibility of Settlement – The insurer for my client advises that they are always willing to discuss settlement at a reasonable figure, taking into account all relevant factors.

6. ADR – Of the ADR options, I believe the court-annexed arbitration option would probably be the most beneficial for this case.

**EXHIBIT 1**

Very truly yours,

Kevin J. Holley

KJH:DMC

Enclosure