**REYNOLDS, DeMARCO & BOLAND, LTD.**
Attorneys at Law
Suite 200, 170 Westminster Street
Providence, RI 02903-2196

Paul V. Reynolds
Anthony F. DeMarco
John M. Boland*
Mark T. Reynolds*
Kathryn J. Hopkins
* Also admitted in Massachusetts

(401) 861-5522
Facsimile
(401) 331-4861
E-Mail
rdblaw@conversent.net
pvreynolds@conversent.net

June 13, 2006

Berry B. Mitchell
United States District Court
Office of Alternate Dispute Resolution
2 Exchange Terrace, Room 110
Providence, RI 02903

Re: **Evelyn Cardona Cruz vs. Block Island Parasail, Inc.**
**Case No. 05-3368**

Dear Mr. Mitchell:

As discussed in our phone conversation of June 12, 2006, I have been asked by counsel in the above-entitled matter to conduct a non-binding arbitration of their client's dispute. As indicated in the copy of the enclosed correspondence that went to counsel dated May 30, 2006, the matter is presently assigned for hearing in my office on July 7,2006 at 9:30 a.m. As requested, I will advise you as to the outcome of the arbitration.

Very truly yours,

Paul V. Reynolds

PVR:sa
Enclosure

cc: Stephen G. Linder, Esquire
Kevin J. Holley, Esquire

**EXHIBIT 4**