**REYNOLDS, DeMARCO & BOLAND, LTD.**
Attorneys at Law
Suite 200, 170 Westminster Street
Providence, RI 02903-2196

Paul V. Reynolds
Anthony F. DeMarco
John M. Boland*
Mark T. Reynolds*
Kathryn J. Hopkins
* Also admitted in Massachusetts

(401) 861-5522
Facsimile
(401) 331-4861
E-Mail
rdblaw@conversent.net
pvreynolds@conversent.net

July 11, 2006

Edythe C. Warren, Esquire
Law Office of Stephen G. Linder
155 South Main Street
Providence, RI 02903

Kevin J. Holley, Esq.
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903

Re: **Evelyn Cardona Cruz vs. Block Island Parasail, Inc.**
**C.A. No.: 05-3368S**

Dear Counselors:

Enclosed you will find my decision and bill for services rendered in this matter.

As I discussed at the arbitration hearing, I have sent a copy of this decision to Barry Mitchell at the United States District Court. I do not know what the procedures, if any, you need to engage in with regard to the Court concerning my decision.

Very truly yours,

Paul V. Reynolds

PVR:ro

Enclosures

**EXHIBIT 5**