UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Evelyn Cardona Cruz
  Plaintiff

V.            CA:05-336S

Block Island Parasail, Inc.
  Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on November 1, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, it is hereby Order that Plaintiff's Motion to Vacate Judgment is GRANTED.

BY ORDER:

_____
DEPUTY CLERK

ENTER:

_____
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 11/28/06