UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EVELYN CARDONA CRUZ :

VS. : C.A. NO.: 05-336S

BLOCK ISLAND PARASAIL, INC. :

**DISMISSAL STIPULATION**

The above-captioned matter is dismissed with prejudice; no interest; no costs.

Stephen G. Linder #0696
(Attorney for Plaintiff)

David J. Berg #
(Attorney for Plaintiff)

Kevin J. Holley #4639
(Attorney for Defendant)

Dated: 12/15/2006